UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MENGHUA ZHOU, parent of minor J.W., and HAIBIN WANG, parent of minor J.W.,<br><br>Plaintiffs,<br><br>v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:26-cv-01820-JNW<br><br>ORDER TO SHOW CAUSE |

On May 4, 2026, Plaintiffs Menghua Zhou and Haibin Wang filed a Complaint under the Individuals with Disabilities Education Act (IDEA) in King County Superior Court on behalf of their minor child, J.W. Dkt. No. 1-1. Defendant Lake Washington School District removed the action to this Court on May 27, 2026. Dkt. No. 1. The Court ordered the parties to file a joint status report by August 20, 2026. Dkt. No. 9. On August 20, 2026, Lake Washington filed a status report, stating that it attempted to contact Plaintiffs but received no response. Dkt. No. 10 at 1. To date, Plaintiffs have failed to file a status report of any kind.

Accordingly, the Court ORDERS Plaintiffs to show cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiffs must respond to this order within FOURTEEN (14) days, and their response may not exceed three pages. The Court DIRECTS the Clerk to note this deadline on the Court's calendar.

Dated this 19th day of October, 2026.

Jamal N. Whitehead
United States District Judge